**01- 7026**

UNITED STATES DISTRICT COURT **CIV-DIMITROULEAS**
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION  **MAGISTRATE JUDGE JOHNSON**

"IN ADMIRALTY"



| | |
|---|---|
| G & G MARINE, INC., <br><br> · Plaintiff, <br><br> v. <br><br> M/V "BALLYMENA" her engines, boilers, apparel, appurtenances, etc., *in rem*, <br><br> Defendant, | CASE NO.: <br><br><br> **VERIFIED COMPLAINT** |

Comes now the Plaintiff, G & G MARINE, INC. (hereinafter "G & G") by and through its undersigned counsel and sues the Defendant M/V BALLYMENA, her engines, boilers, apparel, appurtenances, etc, *in rem*, and states as follows:

1. This is an action within the admiralty and maritime jurisdiction as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all material times, Plaintiff G & G was and is a Florida Corporation duly existing under the laws of the State of Florida and transacting business in this district.

3. At all material times, Defendant M/V BALLYMENA, was and is a 124 foot recreational motor vessel, which is now and will be during the pendency of these proceedings, afloat at or near Fort Lauderdale, Florida within the jurisdiction of this Honorable Court.

CASE NO.

4. This is a cause of action arising from a breach of contract involving dockage fees for the M/V BALLYMENA, and is a cause cognizable within the admiralty and maritime jurisdiction of this Honorable Court, 28 U.S.C. § 1333, as well as this Court's original jurisdiction, 28 U.S.C. 1331, pursuant to 46 U.S.C. § 31341 et. seq., previously known as the Federal Maritime Lien Act. Plaintiff invokes the maritime procedure specified in Federal Rule of Civil Procedure 9(h) and the Supplemental Admiralty Rules.

## COUNT I

5. G & G affirms and realleges the allegations contained in paragraphs 1-4.

6. Plaintiff brings this Count in rem against the M/V BALLYMENA pursuant to 46 U.S.C. § 31341 et seq., and in accord with Supplemental Admiralty Rule C.

7. On or about October 17, 2000, Plaintiff entered into a contract with Defendant for dockage at Plaintiff's marina.

8. Defendant agreed to pay all dockage fees per the agreement.

9. Defendant M/V BALLYMENA was presented with invoices for the dockage fees but has failed to pay an outstanding balance of $57,237.26 as of the date of this filing, which is now due and owing to Plaintiff. A copy of the totaled invoices showing amounts that would be owed through the end of June 2001 is attached hereto as Exhibit "A."

11. Plaintiff has a maritime lien for dockage fees against the M/V BALLYMENA. It is gainsaid that said lien may be enforced through arrest and sale of the vessel.

13. It is, therefore, respectfully requested that this Court issue a summons and warrant for the arrest of the M/V BALLYMENA and after due proceedings are had, order sale of the vessel to recover Plaintiff's lien amount of $57,237.26 together with all damages shown at trial and all other losses and expenses permitted by law, including costs, attorneys' fees, and interest.

CASE NO.

WHEREFORE, Plaintiff G & G MARINE, INC., prays that after due proceedings are had:

(a) Process in due form and according to the rules and practices of this Court in a cause of admiralty and maritime jurisdiction be issued against the M/V BALLYMENA authorizing the in rem arrest and seizure of said vessel;

(b) All persons claiming any right, title, and interest in said vessel be summoned to appear and answer under oath, all in the singular, the matters aforesaid and that said vessel be condemned and sold to pay the demands as aforesaid, with interest, from date of loss, costs, and disbursements;

(c) judgment be entered in favor of Plaintiff, G & G MARINE, INC., and against the M/V BALLYMENA in rem in the amount of $57,237.26 plus interest, attorneys' fees, costs, together with all such losses permitted by law; and

(d) for all such relief which justice requires or may be deemed appropriate by this court.

DATED this _15_ day of June, 2001.

Respectfully submitted,

_____
Brian P. Hill
Fla. Bar No. 080410
FOWLER, WHITE, BURNETT, HURLEY,
 BANICK & STRICKROOT, P.A.
Bank of America Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

CASE NO.

## VERIFICATION

The undersigned is the Vice President of Operations of G & G MARINE INC., and swears to the following: Knowledge of the facts stated in this instant complaint is derived from a review of the documents generated by or in the possession of G & G MARINE INC., information related to me by employees of G & G MARINE INC., pursuant to a business obligation to report, as well as my own personal knowledge and belief. The undersigned is authorized to make this verification on behalf of G & G MARINE INC. I verify and confirm that the facts alleged in this Complaint are true and accurate to the best of my information and belief.

Dated:    June ____, 2001.

_____
Mike J. Grandonico

STATE OF FLORIDA         )
                         ) :ss
COUNTY OF BROWARD        )

The foregoing instrument was acknowledged before me this 14 day of June, 2001 by Mike J. Grandonico ☒ who is personally known to me or ☐ who has produced _____ as identification.

_____
Notary Public, STATE OF FLORIDA

*Print Name:* _____

My Commission Expires:

**RAQUEL GUTIERREZ**
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # CC962308
EXPIRES 1/8/2005
BONDED THRU 1-888-NOTARY1

bph[W 55952 COMPLA04 BPH]6 14 1-13 22]

-4-

FOWLER WHITE BURNETT • 100 SOUTHEAST SECOND STREET, SEVENTEENTH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

## G & G MARINE, INC.
## Customer Open Balance
### All Transactions

06/12/01

| Type | Date | Num | Open Balance | Amount |
|---|---|---|---|---|
| M/V BELLYMENA | | | | |
| Invoice | 11/9/2000 | 110900TE | 1,083.24 | 1,840.16 |
| Invoice | 11/17/2000 | 111700TF | 1,865.16 | 1,865.16 |
| Invoice | 11/28/2000 | 112800TC | 1,865.16 | 1,865.16 |
| Invoice | 12/6/2000 | 120600TB | 742.00 | 742.00 |
| Invoice | 12/8/2000 | 120800TD | 3,680.32 | 3,680.32 |
| Invoice | 12/19/2000 | 121901TC | 3,680.32 | 3,680.32 |
| Invoice | 12/28/2000 | 122800TG | 1,840.16 | 1,840.16 |
| Invoice | 1/10/2001 | 011001TD | 3,680.32 | 3,680.32 |
| Invoice | 1/19/2001 | 11901TC | 1,840.16 | 1,840.16 |
| Invoice | 1/26/2001 | 012601TA | 1,840.16 | 1,840.16 |
| Invoice | 2/1/2001 | 020101TF | 1,840.16 | 1,840.16 |
| Invoice | 2/1/2001 | FC 1 | 464.04 | 464.04 |
| Invoice | 2/12/2001 | 020901TE | 1,840.16 | 1,840.16 |
| Invoice | 2/16/2001 | 021601TA | 1,840.16 | 1,840.16 |
| Invoice | 3/1/2001 | 030101TD | 3,680.32 | 3,680.32 |
| Invoice | 3/9/2001 | 030901TG | 1,840.16 | 1,840.16 |
| Invoice | 3/16/2001 | 031501TI | 1,840.16 | 1,840.16 |
| Invoice | 3/23/2001 | 032301TC | 3,680.32 | 3,680.32 |
| Invoice | 4/9/2001 | 040901TF | 3,680.32 | 3,680.32 |
| Invoice | 4/23/2001 | 042301TH | 3,680.32 | 3,680.32 |
| Invoice | 5/3/2001 | 050301TA | 3,680.32 | 3,680.32 |
| Invoice | 5/14/2001 | 051401TC | 1,051.52 | 1,051.52 |
| Invoice | 6/1/2001 | 053001TF | 2,628.80 | 2,628.80 |
| Invoice | 6/5/2001 | 060501TK | 6,161.25 | 6,161.25 |
| Total M/V BELLYMENA | | | 60,025.01 | 60,781.93 |
| TOTAL | | | 60,025.01 | 60,781.93 |

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 01 - 7026

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
G & G MARINE, INC.

## DEFENDANTS
M/V "BALLYMENA", her engines, boilers, apparel, appurtenances, etc., in rem

**CIV- DIMITROULEAS**

**MAGISTRATE JUDGE JOHNSON**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A BROWARD 01CV7026/WPD/LRJ

(c) ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)
Brian P. Hill
Fowler White Burnett
100 S.E. 2nd St., 18th Floor
Miami, FL 33131

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

46 U.S.C. §31341 et seq. Arrest of vessel for non-payment of dockage fees.

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 57,237.26

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 6/15/2001

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT 843993 AMOUNT 150.00 APPLYING IFP 6/15/01 JUDGE _____ MAG. JUDGE _____